UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST, et al., | : : : | Case No. 3:13-cv-36 |
| | : | Judge Timothy S. Black |
| Plaintiffs, | : | |
| vs. | : | |
| RECAST ERECTORS, INC., et al., | : | |
| Defendants. | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by the parties that this civil action has been settled and that only a final condition need be remedied to fully consummate the settlement;

It is **ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not fully consummated. The parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties. The parties agree that, should the final settlement condition not be remedied within 60 days, good cause for reopening the case would exist. The parties may also jointly move the Court to extend the 60 day period should they deem such an extension appropriate.

**IT IS SO ORDERED**.

Date:   June 20, 2013                    *s/ Timothy S. Black*
                                         Timothy S. Black
                                         United States District Judge